IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, | § § § § | |
| Plaintiff, | | |
| vs. | § § § § § § § § | CASE NO. 6:10cv90 LED-JDL |
| XELERATED AB, et al., | | JURY DEMANDED |
| Defendants. | | |

## ORDER

This provisional claim construction Order sets forth the Court's initial constructions for the disputed claim terms in U.S. Patent No. 7,543,077 ("the '077 patent"), asserted by Plaintiff Stragent, LLC ("Stragent").

## BACKGROUND

Stragent alleges that Defendants Xelerated AB and Xelerated, Inc. infringe the '077 patent. The parties have presented their claim construction positions (Doc. Nos. 74, 77 & 78). On May 26, 2011, the Court held a claim construction hearing and heard argument.

## DISCUSSION

I. **"means for processing the packet using a ternary content addressable memory resident within a central processing unit of the network device"**[1]

| Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|

---

[1] This term is contained in Claim 16.

| FUNCTION: processing the packet using a ternary content addressable memory resident within a central processing unit of the network device.<br><br>STRUCTURE: arithmetic logic unit | Ternary content addressable memory configured to process the packet, and resident within a central processing unit of the network device. |

The Court finds § 112 ¶ 6 applies, and will construe the term "means for processing the packet using a ternary content addressable memory resident within a central processing unit of the network device" as a means-plus-function term. The function is "processing the packet." The corresponding structure is an arithmetic logic unit and equivalents thereof.

**So ORDERED and SIGNED this 26th day of May, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE